

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,385-01

### EX PARTE NICHOLAS LETROY JENKINS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. L-I3-0105-HC-1 IN THE 156TH DISTRICT COURT FROM LIVE OAK COUNTY

*Per curiam*.  YEARY, J., dissented.

### O P I N I O N

Applicant was convicted of murder and sentenced to sixty years' imprisonment.  The Thirteenth Court of Appeals affirmed his conviction. *Jenkins v. State*, No. 13-15-0426-CR (Tex. App.—Corpus Christi/Edinburg Sept. 28, 2017)(not designated for publication).  Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because counsel was ineffective. Based on the record, the trial court has determined that Applicant's plea was involuntary.  We agree.

Relief is granted.  *Brady v. United States*, 397 U.S. 742 (1970).  The judgment in cause number L-I3-0105-CR-B in the 156th District Court of Live Oak County is set aside, and Applicant

is remanded to the custody of the Sheriff of Live Oak County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:        June 7, 2023
Do not publish